ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
RUI WANG
Assistant U.S. Attorney
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: rui.wang@usdoj.gov
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Ivan Vernell Wilcox, II,<br>aka "One,"<br><br>Defendant. | CR 12-1338 TUC<br><br>**INDICTMENT**<br><br>Violation:<br><br>18 U.S.C. §1591(a)<br><br>(Sex Trafficking of Children)<br><br>**VICTIM CASE** |

THE GRAND JURY CHARGES:

Beginning on or about a date unknown, and ending on or about June 5, 2012 in the District of Arizona, the defendant, IVAN VERNELL WILCOX, II, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide and obtain by any means, a minor under the age of 18, namely, "T.C.," aka "T.L.," and did benefit financially and by receiving anything of value, from participating in a venture engaged in such acts, knowing that "T.C.," aka T.L.," had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591(a).

A TRUE BILL

/s/

Presiding Juror

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

/s/

Assistant United States Attorney

JUN 1 3 2012

REDACTED FOR
PUBLIC DISCLOSURE

U.S. v. Wilcox,
Indictment, Pg. 2

2